IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DRIDEN MULTICOMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CENTURYTEL BROADBAND SERVICES,<br>LLC AND QWEST CORPORATION,<br><br>Defendants. | Civil Action No. 12-1471 (GMS) |

## <u>STIPULATION OF DISMISSAL</u>

It is hereby stipulated and agreed by and between the parties, through their attorneys of record, that this action is dismissed without prejudice, with all attorneys' fees, costs of court and expenses relating to this action to be borne by the party incurring same.

Dated: June 10, 2013                    Respectfully submitted,

/s/ Matthew C. Gaudet                   /s/ Stamatios Stamoulis

Matthew C. Gaudet                       Stamatios Stamoulis #4606
(admitted *pro hac vice*)               Stamoulis & Weinblatt LLC
Duane Morris LLP                        Two Fox Point Centre
1075 Peachtree Street NE                6 Denny Road, Suite 307
Suite 2000                              Wilmington, DE 19809
Atlanta, GA 30309                       Telephone: (302) 999-1540
Telephone: 404-253-6902                 stamoulis@swdelaw.com
Fax: 404-393-1908
mcgaudet@duanemorris.com

**Attorneys for Plaintiff,**
**Attorneys for Defendants,**          **Brandywine Communications Technologies,**
**CenturyTel Broadband Services, LLC and**  **LLC**
**Qwest Corporation**